## CHATTERTON v. CHATTERTON

No. 388P85.

Case below: 75 N.C. App. 363.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.

## CITICORP v. CURRIE, COMR. OF BANKS

No. 430P85.

Case below: 75 N.C. App. 312.

Petition by Citicorp and several plaintiffs for discretionary review under G.S. 7A-31 denied 19 September 1985. Motion by Commissioner of Banks to dismiss appeal for lack of substantial constitutional question allowed 19 September 1985.

## COUNCIL v. BALFOUR PRODUCTS GROUP

No. 372P85.

Case below: 74 N.C. App. 668.

Petition by Claude V. Jones for discretionary review under G.S. 7A-31 denied 19 September 1985.

## DEAN v. PURITAN LIFE INS. CO.

No. 319P85.

Case below: 74 N.C. App. 607.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 19 September 1985.

## DONOVANT v. HUDSPETH

No. 429PA85.

Case below: 75 N.C. App. 321.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 19 September 1985.